AO 442 (Rev. 5/93) Warrant for Arrest

United States District Court
DS-SDTX
FILED
FEB 21 2007
Michael N. Milby, Clerk
Laredo Division

## UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____MICHIGAN_____

UNITED STATES OF AMERICA

V.   PPD

HECTOR VALLEJO

Leobardo Covarrubias

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: 01-CR-80176-D3    5:07MJ281

det hrg
Identity / Removal
hrg

YOU ARE HEREBY COMMANDED to arrest _____HECTOR VALLEJO_____
                                              Name

2/28/07
11:00 AM

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation      ☐ Probation Violation Petition

charging him or her    (brief description of offense)

Conspiracy to Possess with Intent to Distribute Marijuana

in violation of ____21____ United States Code, Section(s) ____846____

Marc L. Goldman
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

April 04, 2001   Detroit, Michigan
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED APR 4 2001 | NAME AND TITLE OF ARRESTING OFFICER T. Coleman ICE S/A | SIGNATURE OF ARRESTING OFFICER [signature] ICE |
| DATE OF ARREST FEB 20 2007 | | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 ERNESTO DENIS-ZUIRA,
D-2 LAURO ORDONEZ,
~~D-3 HECTOR VALLEJO~~
D-4 GAVIN GARDNER,
D-5 MAX GALINDO,
D-6 ARTURO VALLEJO,
D-7 EINAR ERNESTO ALFARO-RODRIGUEZ,

    Defendants.

CRIMINAL NO. 01-80176

HONORABLE JULIAN ABELE COOK, JR.

VIO: 21 U.S.C. §846
     21 U.S.C. §841(a)(1)

### INDICTMENT

THE GRAND JURY CHARGES:



(21 U.S.C. §846 - Conspiracy to Possess with Intent to Distribute Marijuana, over 100 kilograms)

    D-1 ERNESTO DENIS-ZUIRA
    D-2 LAURO ORDONEZ
    ~~D-3 HECTOR VALLEJO~~
    D-4 GAVIN GARDNER
    D-5 MAX GALINDO
    D-6 ARTURO VALLEJO
    D-7 EINAR ERNESTO ALFARO-RODRIGUEZ,

That from on or about February 27, 2001, and continuing up to and including March 3, 2001,

in the Eastern District of Michigan, Texas and Ohio, Defendants ERNESTO DENIS-ZUIRA, LAURO ORDONEZ, HECTOR VALLEJO, GAVIN GARDNER, MAX GALINDO, ARTURO VALLEJO, EINAR ERNESTO ALFARO-RODRIGUEZ, did combine, conspire, confederate and agree with each other, and with other persons, to commit an offense against the United States, that is, to possess with intent to distribute a controlled substance (marijuana). The offense involved an amount of marijuana of 100 kilograms or more, including approximately 740 pounds of marijuana shipped in a tractor trailer shipment from Mexico to Laredo, Texas, and intended to be shipped to Taylor, Michigan through Toledo, Ohio.

It was part of the ways and means of this conspiracy that GAVIN GARDNER drove a Chevrolet pick-up to Toledo, Ohio, in an attempt to accept a package containing approximately 740 pounds of marijuana. Defendants HECTOR VALLEJO, ARTURO VALLEJO, and EINAR ERNESTO ALFARO-RODRIGUEZ were paid to conduct counter-surveillance and provide security in a Chrysler LHS during the delivery and transportation of the package. Defendant MAX GALINDO drove a Mercury Marquis with ERNESTO DENIS-ZUIRA as a passenger, knowing that DENIS-ZUIRA, his passenger, would meet with GARDNER and drive the load of marijuana to the storage location at 4366 Second Street, Ecorse, Michigan. LAURO ORDONEZ stored marijuana at 4366 Second Street, Ecorse, Michigan, so it could be distributed by other members of the conspiracy.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

THIS IS A TRUE BILL.

*[signature]*
FOREPERSON

SAUL A. GREEN
United States Attorney

*[signature]*

Wayne F. Pratt
Assistant U.S. Attorney

Dated: 03-13-01