U.S. MAGISTRATE COURT
DS – SDTX
RECEIVED

FEB 28 2007

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2007

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 5:07mj281 |
| | § | 01CR80176-D3 |
| | § | |
| HECTOR VALLEJO | § | |
| TN: LEOBARDO COVARRUBIAS TRINIDAD | | |

## ORDER

An identity hearing was scheduled on February 28, 2007 to determine whether the defendant is the individual named in an indictment out of the Eastern District of Michigan. After considering the facts in the case, statements made by the Assistant United States Attorney and the U.S. Marshal Service, the Court finds that HECTOR VALLEJO, TN: LEOBARDO COVARRUBIAS TRINIDAD is not the individual named in the indictment. The Court therefore ORDERS the release of HECTOR VALLEJO, TN: LEOBARDO COVARRUBIAS TRINIDAD to the appropriate agency for processing.

DONE at Laredo, Texas, this 28th day of February, 2007.

_____
DIANA SALDAÑA
United States Magistrate Judge